# United States District Court
# For The Western District of North Carolina
# Statesville Division

TOMMY ZEKE MINCEY,

    Petitioner,           JUDGMENT IN A CIVIL CASE

vs.           5:10CV123-5-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2010 Order.

        Signed: September 13, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court